EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Designación del Director Ejecutivo de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía | 2006 TSPR 183<br><br>169 DPR ____ |

Número del Caso: EN-2006-05

Fecha: 7 de diciembre de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Designación del Director
Ejecutivo de la Junta
Examinadora de Aspirantes
Al Ejercicio de la Abogacía

RESOLUCIÓN

San Juan, Puerto Rico, 7 de diciembre de 2006.

Se designa al Lcdo. Héctor Rodríguez Mulet como Director Ejecutivo de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía. El licenciado Rodríguez Mulet ejercerá administrativamente cualquiera otra función que le asigne el Tribunal. Esta designación tendrá efecto el día 18 de diciembre de 2006.

El licenciado Rodríguez Mulet desempeñará sus funciones a tenor con lo dispuesto en el reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y Notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo